**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| WANDA YOUNGER STEPHENS, | ) | CASE NO. 17-73442-FJS |
| | ) | |
| | ) | JUDGE FRANK J. SANTORO |
| DEBTOR. | ) | |

---

| | |
|---|---|
| US BANK TRUST NATIONAL | ) |
| ASSOCIATION AS TRUSTEE OF | ) |
| THE CABANA SERIES IV TRUST | ) |
| MOVANT, | ) |
| | ) |
| V. | ) |
| | ) |
| WANDA YOUNGER STEPHENS | ) |
| 1205 Rose Galaxy Landing, Apt. 301 | ) |
| Virginia Beach, VA 23456 | ) |
| | ) |
| DEBTOR | ) |
| | ) |
| JERRY STEPHENS, JR. | ) |
| 1724 Chestwood Drive | ) |
| Virginia Beach, VA 23453, | ) |
| CO-DEBTOR, | ) |
| | ) |
| | ) |
| **MICHAEL P. COTTER,** | ) |
| **TRUSTEE** | ) |
| 870 Greenbrier Circle, Suite 402 | ) |
| Chesapeake, VA 23320, | ) |
| | ) |
| RESPONDENTS. | ) |
| _____ | _) |

**ORDER GRANTING RELIEF FROM CO-DEBTOR STAY**

Keith Yacko (VA Bar No. 37854)
McMichael Taylor Gray, LLC
3550 Engineering Dr. Suite 260
Peachtree Corners, GA 30092
470-289-4347  kyacko@mtglaw.com

1

2

This matter is before the court on June 9, 2020, on the motion of US Bank Trust National Association as Trustee of the Cabana Series IV Trust ("Movant") for relief from the co-debtor stay with respect to the real property located at 1724 Chestwood Drive, Virginia Beach, VA 23453 ("Property").

Upon consideration of the Motion of US Bank Trust National Association as Trustee of the Cabana Series IV Trust to modify the co-debtor stay; it is

ORDERED that the co-debtor stay imposed by 11 U.S.C. §1301 is modified to permit the movant to enforce the lien of its deed of trust as it pertains to the real property located at 1724 Chestwood Drive, Virginia Beach, VA 23453 and is more particularly described as follows:

Lot 129, "SUBDIVISION OF HOLLAND PINES, SECTION FIVE, PRINCESS ANNE BOROUGH", as the same is duly dedicated, platted and recorded in Map Book 233 at Page 64-70 among the Land Records of the City of Virginia Beach, Virginia.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such other action under state law, as may be necessary, to obtain possession of the property.

DONE at Norfolk, Virginia, this **Jun 16 2020** day of June, 2020

/s/ Frank J. Santoro
_____

United States Bankruptcy Judge

ENTERED ON DOCKET: Jun 17 2020

I ASK FOR THIS:

/s/ Keith Yacko
Keith Yacko
Virginia Bar No. 37854
3550 Engineering Dr.
Suite 260
Peachtree Corners, GA. 30092
470-289-4347
kyacko@mtglaw.com
*Attorney for Movant*

2

SEEN:
/s/Warren A. Uthe, Jr., Staff Attorney for Trustee
Michael P. Cotter
Chapter 13 Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
  *Trustee*

## CERTIFICATION

   The undersigned certifies, pursuant to Rule 9022 1(c) that the foregoing Order has been served upon all necessary parties and that a certification of mailing is being filed with this Order, indicating upon whom the foregoing Order was served and date and manner of such service.

 /s/ Keith Yacko
Attorney for Movant



Will the clerk please send copies of this Order in electronic format to all parties who are listed on the ECF system and to:

Wanda Younger Stephens
1205 Rose Galaxy Landing, Apt. 301
Virginia Beach, VA 23456

Jerry Stephens, Jr.
1724 Chestwood Drive
Virginia Beach, VA 23453

3